### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLINTON STRANGE,** | * **CIVIL ACTION NO. 19-1455** |
| | * |
| **Plaintiff,** | * |
| | * |
| **VERSUS** | * **JUDGE HICKS** |
| | * |
| **HANCOCK WHITNEY BANK, ET AL,** | * |
| | * |
| **Defendant.** | * **MAGISTRATE JUDGE HORNSBY** |

**********************************************

## ORDER

Considering the Joint Motion to Dismiss filed by plaintiff, Clinton Strange, and defendants,

Hancock Whitney Bank, Hancock Whitney Corporation and Lynward James Angelle, Jr.:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Joint Motion to Dismiss is

GRANTED and all claims asserted by plaintiff, Clinton Strange, against defendants, Hancock

Whitney Bank, Hancock Whitney Corporation and Lynward James Angelle, Jr., are dismissed

WITH PREJUDICE, each party to bear its own costs.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 14th day of

January, 2020.

_____
JUDGE

1524586.1